**Opinion issued July 12, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00507-CV

_____

## HARRIS COUNTY MUNICIPAL UTILITY DISTRICT 368, ROY LACKEY, TIFFANY BISHOP, SHARON COOK, ALLISON DUNN, AND ERIC DANIEL, Appellants

### V.

## KLEIN INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-08284**

## MEMORANDUM OPINION

Appellants, Harris County Municipal Utility District 368, Roy Lackey,

Tiffany Bishop, Sharon Cook, Allison Dunn, and Eric Daniel, appealed from the

trial court's August 30, 2021 order denying their plea to the jurisdiction. On April 11, 2022, the parties filed a "Joint Motion to Abate" the appeal, stating that they had reached a preliminary settlement agreement resolving all of their claims and requesting that the appeal be abated to allow them to finalize their agreement. On April 14, 2022, the Court granted the motion and abated the appeal.

On June 14, 2022, the parties filed an "Agreed, Joint Motion to Reinstate the Appeal and for Disposition Pursuant to Settlement." The parties jointly request that this Court, "without reference to the merits and pursuant to the parties' agreement: (1) reinstate the appeal; (2) dismiss this case in its entirety; (3) order that all costs on appeal shall be borne by the party or parties incurring same; and (4) order that this Court's mandate shall issue immediately." *See* TEX. R. APP. P. 18.1(c), 42.1(a), (d). No opinion has issued. *See id.* 42.1(c).

We reinstate the case to the Court's active docket, grant appellants' motion, and dismiss the case. *See id.* 42.1(a), 43.2. As agreed, all costs on appeal shall be borne by the party or parties incurring same. *See id.* 42.1(d). We direct the Clerk of this Court to issue the mandate immediately. *See id.* 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Farris.

2